```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

JOVORNE EDWARDS,

                                                    18-cv-8282 (JGK)

            Plaintiff,

     - against -                      ORDER

CITY OF NEW YORK AND NEW YORK CITY
HEALTH AND HOSPITALS CORPORATION,

           Defendants.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties should advise the Court regarding the status of the case by **March 15, 2021.**

SO ORDERED.

Dated: March 8, 2021
New York, New York

                                          /s/ John G. Koeltl
                                            John G. Koeltl
                                    **United States District Judge**