UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————————————

| | |
|---|---|
| JOVERNE EDWARDS, | 18-cv-8282 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| CITY OF NEW YORK, ET AL., | |
| Defendants. | |

———————————————————————————————————

JOHN G. KOELTL, District Judge:

    The parties should submit a Rule 26(f) Report by March 26, 2021.

SO ORDERED.

Dated:    New York, New York
            March 15, 2021

                                        /s/ John G. Koeltl
                                          John G. Koeltl
                              United States District Judge