UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JOVORNE EDWARDS,

                               Plaintiff,

              -against-

CITY OF NEW YORK, NEW YORK CITY HEALTH
AND HOSPITALS CORP., CAPTAIN PARRIS, SHIELD
NO. 1784, AND OFFICER KWAK, SHIELD NO. 3052,

                             Defendants.
------------------------------------------------------------------------ x

~~PROPOSED~~ CIVIL SCHEDULING ORDER

18-CV-8282 (JGK)

**JOHN G. KOELTL, District Judge:**
Pleadings and Parties: Except for good cause shown:
1. No additional parties may be joined or cause of action asserted after: 9/15/2021.
2. No additional defenses may be asserted after: 9/15/2021

**Discovery:** Except for good cause shown, all discovery shall be commenced in time to be completed by 10/25/2021. The Court expects discovery to be completed within 60 days of the first scheduling conference unless, after the expiration of that 60-day period, all counsel stipulates that additional time (not to exceed 60 more days) is needed to complete discovery. The expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be made at least 30 days before the completion of discovery.

**Dispositive Motions:**[1] Dispositive motions, if any, are to be completed by 12/15/2021. The parties are advised to comply with the Court's Individual Practice 2(B) regarding motions, and to submit one fully briefed set of courtesy copies to the Court.

---

[1] Note: In the event a dispositive motion is made, the dates for submitting the Joint Pretrial Order (together with Memoranda of Law, Requests to Charge, Proposed Voir Dire, Proposed Findings of Fact and Conclusions of Law, as appropriate) shall be changed from that shown above to three (3) weeks from the decision on the motion. The ready trial date shall be adjourned to a date four (4) weeks after the decision on the dispositive motion. The final pretrial conference, if any, will be scheduled by the Deputy Clerk.
At any time after the ready for trial date, counsel must notify the Court and their adversaries in writing of any potential scheduling conflicts, including, but not limited to, trials and vacations, that would prevent a trial at a particular time. Such notice must come before counsel are notified by the Court of an actual trial date, not after. Counsel should notify the Court and all other counsel in writing, at the earliest possible time of any particular scheduling problems involving out-of-town witnesses or other exigencies.

**Pretrial Order/Motions i**n *Limine:*[2] A joint pretrial order, together with any motions *in limine* or motions to bifurcate, shall be submitted by 1/15/2022. In jury cases, parties shall submit requests to charge and voir dire requests. In non-jury cases, parties shall also submit proposed findings of fact and conclusions of law. The pretrial order shall conform to the Court's Form Joint Pretrial Order, a copy of which may be obtained from the Deputy Clerk.

**Trial:**[3] The parties shall be ready for trial on 48 hours notice on or after 1/15/2022. The estimated trial date is 3 days, and this is a jury X /non-jury ___ trial.

**Other:**

The case is referred to the Magistrate Judge for purposes of settlement

_____ The parties will notify the Court by _____ whether a reference to the Magistrate Judge would be useful for purposes of settlement and whether they consent to trial before the Magistrate Judge. The parties may communicate with the Court with respect to these matters by joint letter. If the parties consent to trial before the Magistrate Judge, they are directed to do so by stipulation.

SO ORDERED.

Dated: New York, New York

  August 24, 2021

/s/ John G. Koeltl
JOHN G. KOELTL UNITED STATES DISTRICT JUDGE

---

[2] *See* Footnote 1 herein.
[3] *See* Footnote 1 herein.