UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOVORNE EDWARDS,

              Plaintiff,

- against -

CITY OF NEW YORK, ET AL.,

              Defendants.

18-cv-8282 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

As stated at the conference held today, the time for Captain Parris to move or answer is extended to December 17, 2021. The Clerk's Certificate of Default as to Captain Parris (ECF No. 73) is vacated.

SO ORDERED.

Dated:    New York, New York
           November 23, 2021

                                                /s/ John G. Koeltl
                                                John G. Koeltl
                                          United States District Judge