# SIM & DEPAOLA, LLP

*Attorneys-at-Law*
42-40 Bell Boulevard – Suite 201
Bayside, New York 11361
Tel: (718) 281-0400
Fax: (718) 631-2700

June 10, 2022

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

> *Time to submit a Rule 26(f) report extended to 6/27/22.*
> *So ordered.*
> *JG Koeltl*
> *U.S.D.J.*
> *6/10/22*

Re: *Jovorne Edwards v. City of New York, et al.*
Docket No. 18-cv-8282 (JGK)

Honorable Judge Koeltl,

The Plaintiff, Jovorne Edwards, by the undersigned, respectfully submits the instant request for an extension of time to file a proposed scheduling order from **June 10, 2022** as ordered by Your Honor on April 19, 2022 (ECF Doc. 96) to a date *following* the settlement conference to be conducted on **June 13, 2022** *via* Microsoft Teams at 2:00 p.m. (ECF Doc. 97). Such an extension has been jointly requested by the parties *via* letter motion one (1) time on April 5, 2022. Plaintiff makes this request with consent of Defense Counsel.

Furthermore, the undersigned can confirm for the Court that Mr. Edwards was released from physical custody on or about May 15, 2022, is no longer incarcerated, and has confirmed his attendance with support staff for the settlement conference scheduled on June 13, 2022 at 2:00 p.m.

Wherefore, it is respectfully requested that this Court issue an Order setting a new date to submit a proposed scheduling order *following* the scheduled settlement conference on June 13, 2022, and for such other and further relief as the court deems just and proper.

Thank you for your consideration herein.

Respectfully submitted,

/s/ *Ataur Raquib*
Ataur Raquib, Esq.
Sim & DePaola, LLP
*Attorneys for Mr. Edwards*
araquib@simdepaola.com