

| | THE CITY OF NEW YORK | |
|---|---|---|
| **SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 Church Street<br>NEW YORK, NY 10007 | **KELLYANNE HOLOHAN**<br>Phone: (212) 356-2249<br>Fax: (212) 356-1148<br>Email: kholohan@law.nyc.gov<br>*Assistant Corporation Counsel* |

June 28, 2022

**BY ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
*[signature]*
6/29/22
John G. Koeltl, U.S.D.J.

Re:   Jovorne Edwards v. City of New York *et al.*,
      18-CV-8282 (JGK)

Your Honor,

    I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney for defendants in the above referenced case. The parties respectfully request an enlargement of time from June 27, 2022 to July 11, 2022 to file a Proposed Case Scheduling Order.

    At the outset, this matter was just reassigned to the undersigned today. As such, the requested adjournment will allow the undersigned to familiarize herself with the case file, and then participate in a meaningful 26(f) conference with plaintiff's counsel. Once the parties confer, they will then be in a position to prepare a Proposed Case Scheduling Order for Your Honor's review and endorsement.

    Accordingly, the parties apologize for missing the previous deadline and respectfully requests an enlargement of time of fourteen days (14) days from June 27, 2022 to July 11, 2022 to file a Proposed Case Scheduling Order.

    Thank you for your consideration herein.

1

Respectfully submitted

*KellyAnne Holohan*
KellyAnne Holohan

**By ECF**
CC: *All counsels of record.*