UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOVORNE EDWARDS,                           18-cv-8282 (JGK)

           Plaintiff,                  ORDER

    - against -

CITY OF NEW YORK, ET AL.,

           Defendants.

---

**JOHN G. KOELTL, District Judge:**

On November 6, 2022, the Court granted the parties' request for an extension of the fact discovery deadline in this action and directed the parties to file a proposed revised scheduling order by November 10, 2022. See ECF No. 107. To date, no such filing has been made. The time for the parties to file a proposed revised scheduling order is extended to **December 12, 2022**.

SO ORDERED.

Dated:    New York, New York
          November 21, 2022

                                     John G. Koeltl
                                United States District Judge