UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOVORNE EDWARDS,

        Plaintiff,

- against -

CITY OF NEW YORK, ET AL.,

        Defendants.

---

18-cv-8282 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On March 1, 2023, this Court extended the deadline for the completion of discovery in this case by two months, until May 1, 2023. ECF No. 112. There has been no other docket activity to date. By **May 26, 2023,** the parties should file a joint letter apprising the Court of the status of this case and proposing a revised scheduling order.

SO ORDERED.

Dated:    New York, New York
            May 10, 2023

                                      John G. Koeltl
                                  United States District Judge